UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH ANTHONY                                    CIVIL ACTION

versus                                            NO. 07-3223

BURL CAIN, WARDEN                                 SECTION: "F"(5)

O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Joseph Anthony** for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of October, 2009.

UNITED STATES DISTRICT JUDGE